Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cheyenne Gray, individually and on behalf of all others similarly situated,<br><br>PLAINTIFF(S)<br>v.<br><br>COLLECTION CONSULTANTS OF CALIFORNIA, and Does 1-10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br><br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): COLLECTION CONSULTANTS OF CALIFORNIA, and Does 1-10, inclusive

A lawsuit has been filed against you.

Within  **21**  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, **Todd M. Friedman** , whose address is **Law Offices of Todd M. Friedman, 21550 Oxnard St., Suite 780, Woodland Hills, CA 91367** .  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____        By: _____
                                                        Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*